**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MARCUS RINGOLD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  CIV A. NO. 24-0285-JB-MU |
| SAM HOUSTON, *et al.,* | ) ) ) |
| Defendants. | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 29th day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE